IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:21-CR-075 |
| | ) | |
| KEVIN JAMES ALLEN | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the above-referenced Indictment filed against the defendant, in the interests of justice and judicial economy.

Respectfully submitted this 17th day of April, 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

/s/ *Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

s/ *Bradley R. Thompson*
Bradley R. Thompson
Assistant United States Attorney
Georgia Bar No. 706187

Leave of Court is granted for the filing of the foregoing dismissal.

This __24th__ day of April, 2023.

_____
HON. WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA